John William Hall IV
P.O. Box 54802
Phoenix, AZ 85078-4802

FILED USBC CLRK PHX
2018 DEC 26 AM 9:25

December 21, 2018


United States Bankruptcy Court
District of Arizona
280 1st Avenue, Suite 101
Phoenix, AZ 85003

Re: Case # 2:18-bk-14380-PS
    Letter of Explanation

Your Honor,

This letter is to inform your honor and the court that in an effort to help me and to get the current mortgage creditor paid in full swiftly, my parents are securing the current necessary financing through Quicken Loans. Please see attached.

Regards,

John William Hall IV

cc: Edward J. Maney, Esq.
    Chapter 13 Trustee



# Quicken Loans
### Engineered to Amaze

December 12, 2018

3419020860
Company NMLS#: 3030

John W. Hall, III
3018 W Kerry Ln
Phoenix, AZ 85027-4909

Dear John W. Hall, III,

We've recently updated some important documents related to your transaction. Enclosed, please find a copy of your Re-Disclosure Package. You may have already received and reviewed these documents on your Rocket Mortgage account. We must also send a paper copy for your records. Enclosed, you will find the following documents:

* Loan Estimate.

As a reminder, some fees are estimated at this point, as we're still working to obtain final closing figures. We'll continue to keep you updated on any changes as we work toward finalizing the terms of your loan.

If you have any questions upon reviewing this updated information, please contact me immediately.

Thank you for choosing Quicken Loans and have a great day!

Sincerely,

Nicholas P McKay
NMLS#: 1523860
Executive Power Banker
Quicken Loans Inc.
NickMcKay@quickenloans.com
Fax: (844)864-4423

# Quicken Loans

1050 Woodward Avenue | Detroit, MI 48226

Save this Loan Estimate to compare with your Closing Disclosure.

# Loan Estimate

DATE ISSUED 12/12/2018
APPLICANTS John W. Hall III
3018 W Kerry Ln
Phoenix, AZ 85027-4909
PROPERTY 3018 W Kerry Ln
Phoenix, AZ 85027-4909
EST. PROP. VALUE $400,000

LOAN TERM 30 years
PURPOSE Refinance
PRODUCT Fixed Rate
LOAN TYPE ☒ Conventional ☐ FHA ☐ VA ☐ _____
LOAN ID # 3419020860
RATE LOCK ☒ NO ☐ YES, until

*Before closing, your interest rate, points, and lender credits can change unless you lock the interest rate. All other estimated closing costs expire on* **12/08/2018  11:59PM EST**

## Loan Terms

| | | Can this amount increase after closing? |
|---|---|---|
| **Loan Amount** | $299,215 | NO |
| **Interest Rate** | 5.75% | NO |
| **Monthly Principal & Interest** *See Projected Payments below for your Estimated Total Monthly Payment* | $1,746.14 | NO |
| | | **Does the loan have these features?** |
| **Prepayment Penalty** | | NO |
| **Balloon Payment** | | NO |

## Projected Payments

| Payment Calculation | Years 1 - 30 |
|---|---|
| Principal & Interest | $1,746.14 |
| Mortgage Insurance | + 0 |
| Estimated Escrow *Amount can increase over time* | + 303 |
| **Estimated Total Monthly Payment** | **$2,049** |

| Estimated Taxes, Insurance & Assessments *Amount can increase over time* | $303 a month | This estimate includes ☒ Property Taxes ☒ Homeowner's Insurance ☐ Other: *See Section G on page 2 for escrowed property costs. You must pay for other property costs separately.* | In escrow? Yes Yes |
|---|---|---|---|

## Costs at Closing

| **Estimated Closing Costs** | $13,198 | Includes $9,169 in Loan Costs + $4,029 in Other Costs − $0 in Lender Credits. *See page 2 for details.* |
|---|---|---|
| **Estimated Cash to Close** | $17 | Includes Closing Costs. *See Calculating Cash to Close on page 2 for details.* ☐ From ☒ To Borrower |

Visit **www.consumerfinance.gov/mortgage-estimate** for general information and tools.

LOAN ESTIMATE
UDI: ce6620fe2f4436ac49145b8dc086825a
Wolters Kluwer Financial Services © 2014
12/12/2018 21:16:04 EST

q03419020860 2159 021 0101

PAGE 1 OF 3 • LOAN ID # 3419020860

VMP3311A (1407)



# Closing Cost Details

## Loan Costs

| A. Origination Charges | | $7,134 |
|---|---|---|
| 2% of Loan Amount (Points) | | $5,984 |
| Processing Fee | | $850 |
| Underwriting Fee | | $300 |

| B. Services You Cannot Shop For | $675 |
|---|---|
| Appraisal Fee | $555 |
| Credit Monitoring Service | $7 |
| Credit Report | $18 |
| Flood Determination Fee | $11 |
| Flood Life of Loan Coverage | $5 |
| Life of Loan Tax Service | $54 |
| Tax Certification Fee | $25 |

| C. Services You Can Shop For | $1,360 |
|---|---|
| Title-Abstract or Title Search | $150 |
| Title-Express Mail/Courier Fee | $45 |
| Title-Lenders Title Policy | $770 |
| Title-Settlement or Closing Fee | $395 |

| D. TOTAL LOAN COSTS (A+B+C) | $9,169 |
|---|---|

## Other Costs

| E. Taxes and Other Government Fees | $25 |
|---|---|
| Recording Fees and Other Taxes | $25 |
| Transfer Taxes | |

| F. Prepaids | | | $1,434 |
|---|---|---|---|
| Homeowner's Insurance Premium ( months) | | | |
| Mortgage Insurance Premium ( months) | | | |
| Prepaid Interest ($ 47.79 per day for 30 days @ | 5.75 %) | | $1,434 |
| Property Taxes ( months) | | | |

| G. Initial Escrow Payment at Closing | | | $2,570 |
|---|---|---|---|
| Homeowner's Insurance $132.09 | per month for 13 mo. | | $1,717 |
| Mortgage Insurance $ | per month for mo. | | |
| Property Taxes $170.67 | per month for 5 mo. | | $853 |

| H. Other | $0 |
|---|---|

| I. TOTAL OTHER COSTS (E+F+G+H) | $4,029 |
|---|---|

| J. TOTAL CLOSING COSTS | $13,198 |
|---|---|
| D+I | $13,198 |
| Lender Credits | |

### Calculating Cash to Close

| Loan Amount | $299,215 |
|---|---|
| Total Closing Costs (J) | -$13,198 |
| Estimated Total Payoffs and Payments | -$286,000 |
| Estimated Cash to Close ☐ From ☒ To Borrower | $17 |
| Estimated Closing Costs Financed (Paid from your Loan Amount) | $13,198 |



# Additional Information About This Loan

| | | | |
|---|---|---|---|
| **LENDER** | Quicken Loans Inc. | **MORTGAGE BROKER** | |
| **NMLS/ ___ LICENSE ID** | 3030 | **NMLS/ ___ LICENSE ID** | |
| **LOAN OFFICER** | Nicholas P McKay | **LOAN OFFICER** | |
| **NMLS/ ___ LICENSE ID** | 1523860 | **NMLS/ ___ LICENSE ID** | |
| **EMAIL** | NickMcKay@quickenloans.com | **EMAIL** | |
| **PHONE** | (800) 226-6308 | **PHONE** | |

| Comparisons | Use these measures to compare this loan with other loans. | |
|---|---|---|
| **In 5 Years** | $115,371 | Total you will have paid in principal, interest, mortgage insurance and loan costs. |
| | $21,657 | Principal you will have paid off. |
| **Annual Percentage Rate (APR)** | 6.042% | Your costs over the loan term expressed as a rate. This is not your interest rate. |
| **Total Interest Percentage (TIP)** | 110.565% | The total amount of interest that you will pay over the loan term as a percentage of your loan amount. |

## Other Considerations

| | |
|---|---|
| **Appraisal** | We may order an appraisal to determine the property's value and charge you for this appraisal. We will promptly give you a copy of any appraisal, even if your loan does not close. You can pay for an additional appraisal for your own use at your own cost. |
| **Assumption** | If you sell or transfer this property to another person, we<br>☐ will allow, under certain conditions, this person to assume this loan on the original terms.<br>☒ will not allow assumption of this loan on the original terms. |
| **Homeowner's Insurance** | This loan requires homeowner's insurance on the property, which you may obtain from a company of your choice that we find acceptable. |
| **Late Payment** | If your payment is more than 15 days late, we will charge a late fee of *5% of the monthly principal and interest payment.* |
| **Loan Acceptance** | You do not have to accept this loan because you have received this form or signed a loan application. |
| **Liability after Foreclosure** | Taking this loan could end any state law protection you may currently have against liability for unpaid debt if your lender forecloses on your home. If you lose this protection, you may have to pay any debt remaining even after foreclosure. You may want to consult a lawyer for more information. |
| **Refinance** | Refinancing this loan will depend on your future financial situation, the property value, and market conditions. You may not be able to refinance this loan. |
| **Servicing** | We intend<br>☒ to service your loan. If so, you will make your payments to us.<br>☐ to transfer servicing of your loan. |