| | |
|---|---|
| 1 | CYNTHIA L. JOHNSON, (Bar No. 014492) |
| 2 | LAW OFFICE OF CYNTHIA L. JOHNSON |
| | 11640 East Caron Street |
| 3 | Scottsdale, AZ 85259 |
| | Phone: (480) 381-7929 |
| 4 | |
| | Email: cynthia@jsk-law.com |
| 5 | |
| | *Attorney for Secured Creditor* |

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| **In Re:** | **Chapter 13** |
| **JOHN WILLIAM HALL, IV** | **Case No. 2:18-bk-14380-PS** |
| **Debtor.** | **NOTICE OF FILING MOTION FOR RELIEF FROM THE AUTOMATIC STAY** |
| | (Re: 3018 W. Kerry Lane, Phoenix, AZ 85027) |

NOTICE IS HEREBY GIVEN that on the 3rd day of January 2019, Rezamp Lending, LLC ("Rezamp"), by and through undersigned counsel, filed its Motion for Relief From The Automatic Stay, the details of which are as follows:

Movant asserts that pursuant to 11 U.S.C. §362(d)(1) cause exists which is the subject of the Motion for Relief from Stay. Therefore, Movant is entitled to an Order Lifting Stay with respect to such property.

FURTHER NOTICE IS HEREBY GIVEN that pursuant to Local Bankruptcy Rule 4001 if no objection is filed with the court and a copy served on Movant whose address is:

1

Rezamp Lending, LLC
c/o Cynthia L. Johnson, Esq.
Law Office of Cynthia L. Johnson
11640 E. Caron Street
Scottsdale, AZ 85259
cynthia@jsk-law.com

WITHIN 14 DAYS of service of the motion, the motion for relief from the automatic stay may be granted without further hearing.

**RESPECTFULLY SUBMITTED** this 3rd day of January, 2019.

          **LAW OFFICE OF CYNTHIA L. JOHNSON**

          By: */s/Cynthia L. Johnson*
          Cynthia L. Johnson
          Attorney for Secured Creditor

COPY of the foregoing electronically filed
this 3rd day of January, 2019 with:

Clerk of the U.S. Bankruptcy Court
District of Arizona
230 N. First Avenue
Suite 101
Phoenix, AZ 85003-1727

With copies mailed or served
via (email or fax* or electronic notification** if so marked)

**Mr. Edward J. Maney, Trustee
101 N. 1st Avenue
Suite 1775
Phoenix, AZ 85003

John William Hall, IV
P.O. Box 54802
Phoenix, AZ 85078
*Debtor*

By: */s/Cynthia Johnson*