John William Hall IV
P.O Box 54802
Phx, AZ 85078

Jan, 16, 2019

FILED USBC CLRK PHX
2019 JAN 16 PM 3:38

John William Hall IV
    Debtor.

In the United States
Bankruptcy Court
For the District of
Arizona

Notice of Filing an
Objection to the Motion   Chapter 13
For Relief From the        Case No: 2:18-bk-14380-P.
Automatic Stay

Re: 3018 W. Kerry Lane, Phoenix, AZ 85027

Notice is hereby given on the 16th day of January 2019. I John William Hall IV object to the Motion of Relief From the Automatic Stay.

The reason for this objection is my father is going to purchase said property for the outstanding amount owed to Rehamp Lending LLC He is prepared to show proof of sales contract, proof of financing, proof off funds.

I John William Hall IV ask the Court to Keep the Stay in place for 30 Days - Proof of the Sale will be Provided within a 7 Day Period of this objection.
Regards, John Hall   Debtor